## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:   ZEITHAMMEL, THERESA LYNN   §   Case No. 14-16991
                                    §
                                    §
Debtor(s)                           §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>ILENE F. GOLDSTEIN AS TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Room 710
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30pm on 03/27/2015 **at the North Branch Court (Round Lake Beach) at 1792 Nicole Lane , Round Lake Beach, Illinois 60073**. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/6/2015        By:   /s/ Ilene F. Goldstein
                                    Trustee

ILENE F. GOLDSTEIN AS TRUSTEE
900 Skokie Blvd
Suite 128
Northbrook, IL  60062
(847) 562-9595

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In re: ZEITHAMMEL, THERESA LYNN § <br> § <br> § <br> Debtor(s) § | Case No. 14-16991 |

# SUMMARY OF TRUSTEE'S FINAL REPORT
# AND APPLICATIONS FOR COMPENSATION

|  |  |
|---|---:|
| *The Final Report shows receipts of* | $ 10,000.00 |
| *and approved disbursements of* | $ 42.12 |
| *leaving a balance on hand of* [1] | $ 9,957.88 |
| **Balance on hand:** | $ 9,957.88 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 9,957.88 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - ILENE F. GOLDSTEIN AS TRUSTEE | 1,750.00 | 0.00 | 1,750.00 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 1,505.00 | 0.00 | 1,505.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 37.50 | 0.00 | 37.50 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 3,292.50 |
| Remaining balance: | $ 6,665.38 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 6,665.38 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $15,000.29 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Internal Revenue Service | 15,000.29 | 0.00 | 6,665.38 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 6,665.38 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 22,475.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 8,451.26 | 0.00 | 0.00 |
| 3 | Portfolio Recovery Associates, LLC | 5,378.98 | 0.00 | 0.00 |
| 4 | Portfolio Recovery Associates, LLC | 8,645.65 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/ILENE F. GOLDSTEIN AS TRUSTEE

ILENE F. GOLDSTEIN AS TRUSTEE
900 Skokie Blvd
Suite 128
Northbrook, IL 60062
(847) 562-9595

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                         United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                                        Case No. 14-16991-ABG
Theresa Lynn Zeithammel                                                       Chapter 7
         Debtor              CERTIFICATE OF NOTICE
District/off: 0752-1           User: arodarte               Page 1 of 2                  Date Rcvd: Mar 09, 2015
                               Form ID: pdf006              Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2015.
db             +Theresa Lynn Zeithammel,   4432 Robin Court,   Gurnee, IL 60031-2744
21891733       +Bac Home Loans Servici,   450 American St,   Simi Valley, CA 93065-6285
21891735       +Bank Of America,   Attn: Bankruptcy NC4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
21891736       +Bill Me Later,   PO Box 2394,   Omaha, NE 68103-2394
21891739      ++CHRYSLER FINANCIAL,   27777 INKSTER RD,   FARMINGTON HILLS MI 48334-5326
                (address filed with court: Chrysler Credit,   Td Auto Finance,   Po Box 860,
                  Roanoke, TX 76262)
21891740      ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                (address filed with court: Citgo Oil / Citibank,   Attn: Bankruptcy,   Po Box 20507,
                  Kansas City, MO 64195)
21891753      ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                (address filed with court: Office Depot,   PO BOX 689020,   Des Moines, IA 50368)
21891738       +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
21891742       +CitiBusiness Platinum Select,   PO Box 688905,   Des Moines, IA 50368
21891743       +Citicards,   Po Box 6241,   Sioux Falls, SD 57117-6241
21891745      ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
                (address filed with court: Dell Financial Services,   Attn: Bankruptcy Dept.,   Po Box 81577,
                  Austin, TX 78708)
21891746        DEX,   8400 Innovation Way,   Chicago, IL 60682-0084
21891749       +GM Business Card,   PO Box 15298,   Wilmington, DE 19850-5298
21891750       +Hsbc Bank,   Attn: Bankruptcy De,   Po Box 5213,   Carol Stream, IL 60197-5213
22335601      ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,
                  Successor to CAPITAL ONE BANK (USA),,   N.A (HSBC),   POB 41067,   Norfolk VA 23541)
21891754       +Swiss Colony,   1112 7th Ave.,   Attn: Legal/Bankruptcy,   Monroe, WI 53566-1364
21891755      ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                (address filed with court: Us Bank,   Po Box 5227,   Cincinnati, OH 45201)
21891757        Wells Fargo,   PO Box 5493,   Sioux Falls, SD 57117
21891758       +Wfs Fincl/Wachovia,   Po Box 19657,   Irvine, CA 92623-9657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21891732       +E-mail/Text: roy.buchholz@allianceoneinc.com Mar 10 2015 01:37:02      Alliance One,
                 4850 Street Rd., Ste. 300,   Trevose, PA 19053-6643
21891744       +E-mail/Text: adjustments@myconsumers.org Mar 10 2015 01:37:33      Consumers Coop Cred Un,
                 2750 Washington Street,   Waukegan, IL 60085-4900
21891747        E-mail/PDF: mrdiscen@discover.com Mar 10 2015 01:41:11      Discover Fin,   Po Box 8003,
                 Hilliard, OH 43026
22022989        E-mail/PDF: mrdiscen@discover.com Mar 10 2015 01:41:11      Discover Bank,
                 DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
21891748       +E-mail/Text: collectionbankruptcies.bancorp@53.com Mar 10 2015 01:39:12      Fifth Third Bank,
                 1830 East Paris Ave.,   Grand Rapids, MI 49546-8803
21891751       +E-mail/Text: cio.bncmail@irs.gov Mar 10 2015 01:37:25      Internal Revenue Service,
                 PO BOX 7346,   Philadelphia, PA 19101-7346
21891752       +E-mail/Text: bknotices@mbandw.com Mar 10 2015 01:38:39      McCarthy Burgess & Wolff,
                 26000 Cannon Rd,   Cleveland, OH 44146-1807
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Law Offices of Ilene F. Goldstein, Chartered
21891741*     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                (address filed with court: Citibank Sd, Na,   Attn: Centralized Bankruptcy,   Po Box 20507,
                  Kansas City, MO 64195)
22350059*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,
                  successor to CHASE BANK USA, N.A.,   PO Box 41067,   Norfolk, VA 23541)
21891756*     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                (address filed with court: Us Bank/na Nd,   4325 17th Ave S,   Fargo, ND 58125)
21891734      ##+Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
21891737      ##+Cco Mortgage Corp.,   2812 Emerywood Pkwy,   Richmond, VA 23294-3727
                                                                                   TOTALS: 1, * 3, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: arodarte              Page 2 of 2                   Date Rcvd: Mar 09, 2015
                              Form ID: pdf006             Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2015                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2015 at the address(es) listed below:
              Ilene F Goldstein    on behalf of Trustee Ilene F Goldstein, ESQ ifgolds@aol.com,  il35@ecfcbis.com
              Ilene F Goldstein, ESQ    on behalf of Trustee Ilene F Goldstein, ESQ ifgcourt@aol.com,
               IL35@ecfcbis.com
              Ilene F Goldstein, ESQ     ifgcourt@aol.com,  IL35@ecfcbis.com
              Laura Dolores Frye    on behalf of Debtor Theresa Lynn Zeithammel lauradfrye@att.net,
               garyfoley@hotmail.com
              Maria  Georgopoulos    on behalf of Creditor   Green Tree Servicing LLC nd-three@il.cslegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 6
```