# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: ZEITHAMMEL, THERESA LYNN            § Case No. 14-16991
                                            §
                                            §
Debtor(s)                                   §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $556,890.50                 Assets Exempt: $304,100.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $6,696.98    Claims Discharged
                                              Without Payment: $30,779.20

Total Expenses of Administration: $3,303.02

---

3) Total gross receipts of $ 10,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,303.02 | 3,303.02 | 3,303.02 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 15,000.29 | 15,000.29 | 6,696.98 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 22,475.89 | 22,475.89 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $40,779.20 | $40,779.20 | $10,000.00 |

4) This case was originally filed under Chapter 7 on May 05, 2014. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/20/2015              By: /s/ILENE F. GOLDSTEIN
                                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| All Debtor Vehicles | 1129-000 | 10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$10,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILENE F. GOLDSTEIN AS TRUSTEE | 2100-000 | N/A | 1,750.00 | 1,750.00 | 1,750.00 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3120-000 | N/A | 5.90 | 5.90 | 5.90 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3210-000 | N/A | 1,505.00 | 1,505.00 | 1,505.00 |
| Rabobank, N.A. | 2600-000 | N/A | 11.50 | 11.50 | 11.50 |
| Rabobank, N.A. | 2600-000 | N/A | 16.28 | 16.28 | 16.28 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 14.34 | 14.34 | 14.34 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,303.02 | $3,303.02 | $3,303.02 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Internal Revenue Service | 5800-000 | N/A | 15,000.29 | 15,000.29 | 6,696.98 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $15,000.29 | $15,000.29 | $6,696.98 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 8,451.26 | 8,451.26 | 0.00 |
| 3 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 5,378.98 | 5,378.98 | 0.00 |
| 4 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 8,645.65 | 8,645.65 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $22,475.89 | $22,475.89 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-16991  
**Case Name:** ZEITHAMMEL, THERESA LYNN  

**Period Ending:** 05/20/15

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 05/05/14 (f)  
**§341(a) Meeting Date:** 05/29/14  
**Claims Bar Date:** 09/03/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  4432 Robin Court, Gurnee, IL 60031  Imported from original petition Doc# 1 | 175,000.00 | 0.00 | | 0.00 | FA |
| 2  Checking and Savings Accounts with Consumers Cre  Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 3  Mutual Fund with Janus  Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 4  Checking Account with Gurnee Community Bank  Imported from original petition Doc# 1 | 4,000.00 | 2,150.00 | | 0.00 | FA |
| 5  Certificate of Deposit with Consumers Credit Uni  Imported from original petition Doc# 1 | 23,000.00 | 0.00 | | 0.00 | FA |
| 6  Furnishings and Appliances  Imported from original petition Doc# 1 | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 7  DVDs, CDs, Books, Personal Pictures  Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 8  Clothing and Shoes  Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 9  Wedding Bands, watches, costume jewelry.  Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 10  Digital Camera  Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 11  401k Plan through Employer  Imported from original petition Doc# 1 | 280,000.00 | 0.00 | | 0.00 | FA |
| 12  08 Jeep Patriot with over 45,000 miles  Imported from original petition Doc# 1 | 4,199.00 | 2,199.00 | | 0.00 | FA |
| 13  10 Jeep Wrangler with over 40,000 miles  Imported from original petition Doc# 1 | 8,723.00 | 0.00 | | 0.00 | FA |
| 14  09 GMC Canyon with over 80,000 miles  Imported from original petition Doc# 1 | 7,978.50 | 0.00 | | 0.00 | FA |
| 15  04 Winnebago Adventurer with 60,000 miles  Imported from original petition Doc# 1 | 50,040.00 | 0.00 | | 0.00 | FA |
| 16  All Debtor Vehicles | 20,000.00 | 0.00 | | 10,000.00 | FA |
| **16  Assets   Totals** (Excluding unknown values) | **$576,890.50** | **$5,849.00** | | **$10,000.00** | **$0.00** |

Printed: 05/20/2015 10:36 AM    V.13.23

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 14-16991  
**Case Name:** ZEITHAMMEL, THERESA LYNN

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 05/05/14 (f)  
**§341(a) Meeting Date:** 05/29/14

**Period Ending:** 05/20/15  
**Claims Bar Date:** 09/03/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

STATUS: THE TRUSTEE RECENTLY SOLD AN INTEREST IN SEVERAL CARS. SHE IS CURRENTLY CLOSING THE ESTATE.

**Initial Projected Date Of Final Report (TFR):**    June 30, 2015          **Current Projected Date Of Final Report (TFR):**    June 30, 2015

Printed: 05/20/2015 10:36 AM    V.13.23

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-16991  
**Case Name:** ZEITHAMMEL, THERESA LYNN  

**Taxpayer ID #:** **-***1311  
**Period Ending:** 05/20/15  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0666 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/31/14 | {16} | Rudolph- Theresa Zeithamel | Sale of cars back to the Debtor | 1129-000 | 10,000.00 | | 10,000.00 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.50 | 9,988.50 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.28 | 9,972.22 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.34 | 9,957.88 |
| 03/30/15 | 101 | ILENE F. GOLDSTEIN AS TRUSTEE | Dividend paid 100.00% on $1,750.00, Trustee Compensation; Reference: | 2100-000 | | 1,750.00 | 8,207.88 |
| 03/30/15 | 102 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $1,505.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 1,505.00 | 6,702.88 |
| 03/30/15 | 103 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $5.90, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 5.90 | 6,696.98 |
| 03/30/15 | 104 | Internal Revenue Service | Dividend paid 44.64% on $15,000.29; Claim# 2; Filed: $15,000.29; Reference: | 5800-000 | | 6,696.98 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | | **ACCOUNT TOTALS** | 10,000.00 | 10,000.00 | $0.00 |
| | | Less: Bank Transfers | 0.00 | 0.00 | |
| | | **Subtotal** | 10,000.00 | 10,000.00 | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | **NET Receipts / Disbursements** | $10,000.00 | $10,000.00 | |

Net Receipts : 10,000.00  
───────────  
Net Estate : $10,000.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******0666 | 10,000.00 | 10,000.00 | 0.00 |
| | $10,000.00 | $10,000.00 | $0.00 |